PETERSON *v.* WAINWRIGHT, CORRECTIONS
DIRECTOR.

No. 754, Misc.   Decided June 10, 1963.

Petitioner *pro se.*

*Richard W. Ervin,* Attorney General of Florida, and
*George R. Georgieff,* Assistant Attorney General, for
respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and
the petition for writ of certiorari are granted.   The judg-
ment is vacated and the case is remanded to the Supreme
Court of Florida for a hearing on the issue of whether
petitioner was denied the assistance of counsel at the time
he entered his plea of guilty.